# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145710 & (30)

WILLIAM MOORE, JR.,
      Plaintiff-Appellant,

v

PUGSLEY CORRECTIONAL FACILITY
WARDEN,
      Defendant-Appellee.

SC: 145710
COA: 308850

_____/

      On order of the Court, the application for leave to appeal the July 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to add a party is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012 _____

_____
Clerk

s1217